IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 06-00269-01-CR-W-NKL |
| D'ANDRE D. JONES, ) | |
| ) | |
| Defendant. ) | |

O R D E R

On February 8, 2007, Defendant filed a motion for a judicial determination of mental competency. Defendant was examined by Dr. John H. Wisner, M.D. It is the opinion of Dr. Wisner that Defendant is competent to stand trial. During a hearing held before United States Magistrate Judge Robert Larsen on April 4, 2007, Defendant and the government stipulated to the report of Dr. Wisner. The parties also waived the ten-day objection period to Judge Larsen's Report and Recommendation.

Therefore, after making an independent review of the record, it is

ORDERED that Defendant's motion for judicial determination of mental competency is granted, the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that Defendant is competent to stand trial. It is further

ORDERED that this case is set for trial on the joint criminal jury trial docket commencing June 4, 2007. It is further

ORDERED that, pursuant to 18 U.S.C. § 3161(h)(1)(A), the time between February 8, 2007, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

*s/ NANETTE K. LAUGHREY*
NANETTE K. LAUGHREY
United States District Judge

Kansas City, Missouri
April 16, 2007